**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEHAJVEER SINGH (A# 245-003-055), | Case No. 1:26-cv-00172-JLT-EPG |
| Plaintiff, | ORDER TO RESPONDENTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AND WHY PETITIONER SHOULD NOT BE PROVIDED A NEW BOND HEARING OR IMMEDIATELY RELEASED |
| v. | |
| WARDEN OF GOLDEN STATE ANNEX FACILITY, et al., | |
| Respondents. | (Doc. 18) |

On March 20, 2026, this Court entered an order granting Petitioner Sehajveer Singh's petition for habeas corpus and directing Respondents to provide him a with a substantive bond hearing before an immigration judge that complies with the requirements of Due Process. (Doc. 16 at 3.)

On April 12, 2026, Petitioner filed a motion to enforce this Court's habeas order, alleging that on March 26, 2026, the Immigration Court conducted a custody redetermination hearing without providing prior notice to Petitioner or his counsel. (Doc. 18 at 3.) Petitioner was "effectively excluded from the proceeding" and despite the absence of any participation by Petitioner or his counsel, the Immigration Judge denied bond citing potential flight risk. (*Id*.) Petitioner argues that Respondents' failure to provide a constitutionally compliant bond hearing and Petitioner's continued detention violate both this Court's Order and the Due Process Clause.

For the reasons set forth above, the Court **ORDERS**:

1

1. Respondents are **ORDERED TO SHOW CAUSE** in writing no later than **April 15, 2026**, why sanctions should not be imposed pursuant to Rule 16 and the Court's inherent authority for failing to comply with this Court's prior order. Failure to respond to this order to show cause will result in the imposition of additional sanctions, including further monetary sanctions.

2. Respondents are **ORDERED TO SHOW CAUSE** in writing why this Court should not provide Petitioner with a bond hearing **within 7 days** or order Petitioner's immediate release from custody.

IT IS SO ORDERED.

Dated:    **April 13, 2026**

_____
UNITED STATES DISTRICT JUDGE

2